GASTON JAILLET, Appellant, *v.* JOSEPH CASHMAN, as Treasurer of Dow, JONES & COMPANY, Respondent.

*Negligence — ticker service — when association engaged in supplying ticker news service not liable for loss to one selling stocks upon erroneous report.*

*Jaillet* v. *Cashman,* 202 App. Div. 805, affirmed.

(Argued January 10, 1923; decided January 30, 1923.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 30, 1922, unanimously affirming a judgment in favor of defendant entered upon an order of Special Term sustaining a demurrer to the complaint and granting defendant's motion for judgment on the pleadings. The complaint alleged in substance that the defendant, an unincorporated association, negligently published on its tickers the erroneous report that the United States Supreme Court had decided that stock dividends constituted taxable income; that the plaintiff, a customer in a broker's office having ticker service, believing that this report would depress the value of securities, sold some of his own stock and sold " short " other stock which he did not own; that as a matter of fact the Supreme Court had decided that stock dividends were not taxable, and the defendant corrected its false report forty-five minutes after it had been issued; that before this correction the stock market had reacted, and the appellant suffered damages. The Special Term held that the relation of defendant to the public was the same as that of a publisher of a newspaper and that it was not liable to one with whom it had no contract or fiduciary relationship for an unintentional mistake in its report.

*David L. Podell, Martin C. Ansorge* and *Benjamin S. Kirsh* for appellant.

*Langdon P. Marvin* and *George W. Martin* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.